UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LINDA COLON QUILES, et al.
    Plaintiffs

        v.                Civil No. 97-2281(SEC)

AMERICAN AIRLINES
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 27**<br>Defendant's "Motion for Brief Enlargement of Time to File Motion for Summary Judgment" | Moot. |
| **Docket # 29**<br>Plaintiffs' "Motion Requesting Leave of Time for Translations" | Moot. |
| **Docket # 30**<br>"Defendant's Motion for Summary Judgment' | Since defendant has filed an amended motion for summary judgment (**Docket # 31**), its previous motion is, therefore, **Moot.** |
| **Docket # 32**<br>Plaintiffs' "Motion for an Extension of Time" | Moot. |
| **Docket # 33**<br>"Joint Motion Requesting Postponement of Pretrial Conference and Enlargement of Tie to File Proposed Pretrial Conference Report" | Moot. |
| **Docket # 34**<br>Defendant's "Motion for Leave to Substitute Exhibits to Defendant's Exhibit to Statement of Uncontested Material Facts and Amended Motion for Summary Judgment" | Granted. |
| **Docket # 37**<br>Plaintiffs' "Motion Requesting leave of Time to File Translations" | Moot. |



| MOTION | RULING |
|---|---|
| **Docket # 38**<br>"American Airlines, Inc.'s Motion for Leave to File a Reply to Plaintiffs' Opposition to American's Motion for Summary Judgment, and for an Enlargement of Time to Do So" | Moot. |
| **Docket # 40**<br>Plaintiffs' "Special Appearance" | Noted. |
| **Docket # 45**<br>"Motion to Rest Plaintiffs' Case" | Noted. |
| **Docket # 47**<br>Plaintiffs' "Informative Motion As to Admission Pro Hac Vice" | Moot. |
| **Docket # 49**<br>"Defendant American Airlines, Inc.'s Motion Requesting Leave to File a Supplemental Memorandum of Law in Support of Its Motion for Summary Judgment" | Granted. The Clerk of the Court shall file defendant's tendered brief. |
| **Docket # 50**<br>Plaintiffs' "Motion Requesting Leave to File an Opposition" | Granted. The Clerk of the Court shall file plaintiffs' tendered brief. |

DATE: September 28, 1999

for:  SALVADOR E. CASELLAS
United States District Judge

