UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LINDA COLON, et al.
   Plaintiffs
         v.                           Civil No. 97-2281(SEC)
AMERICAN AIRLINES
   Defendant

ORDER

| MOTION | RULING |
|---|---|
| **Docket # 56**<br>Plaintiffs' "Motion to Schedule a Hearing" | **Denied.** Plaintiffs' arguments anent the amended complaint will be addressed by the Court when it rules upon plaintiffs' motion for reconsideration (**Docket # 55**). |

DATE: August 8TH, 2000

SALVADOR E. CASELLAS
United States District Judge

