IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Linda Colon-Quiles, et al.
Plaintiff(s)

v.

American Airlines
Defendant(s)

Civil No. 97-2281 (SEC)

RECEIVED & F...
'01 FEB 14 PM 12
...OFFICE
...CT COURT
...PR

| **DESCRIPTION OF MOTION** |
|---|

DATE FILED:       DOCKET #: 58    TITLE: Motion Requesting Leave to Withdraw Legal Representation

[ ] Plaintiff(s)     [ ] Third Party Defendant(s)

[✓] Defendant(s)    [ ] Joint

DISPOSITION:

[✓] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

| **COMMENTS** |
|---|

_12-II-01_
DATE

SALVADOR E. CASELLAS
United States District Judge

