IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LINDA COLON QUILES, et al.  *
                            *
Plaintiffs                  *    **Civil No. 97-2281(SEC)**
                            *
v.                          *
                            *
AMERICAN AIRLINES           *
                            *
Defendant                   *
*************************************

## JUDGMENT

Pursuant to an Opinion and Order of even date, Plaintiff's federal claim under the ADA is **DISMISSED WITH PREJUDICE.** Colon's Commonwealth claims under Law 44 is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED.**

In San Juan, Puerto Rico, this  19TH  day of March, 2001.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev.8/82)